IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANGELA MARIE KERR,

    Plaintiff,

vs.

    Civil Action 2:09-CV-1153
    Judge Sargus
    Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER

On January 21, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motions to remand for consideration of new and material evidence be granted. *Report and Recommendation*, Doc. No. 22. Although the parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation* is **ADOPTED and AFFIRMED**. Plaintiff'S motions to remand, Doc. No. 16, 19, 20, are **GRANTED**. This matter is hereby **REMANDED**, pursuant to Sentence 6 of 42 U.S.C. §405(g), to the Commissioner of Social Security for consideration of new and material evidence.

2-8-2011
Date

Edmund A. Sargus, Jr.
United States District Judge