AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANGELA MARIE KERR,**

        **Plaintiff,**

                          **JUDGMENT IN A CIVIL CASE**

**v.**

                          **CASE NO. C2-09-1153**
**COMMISSIONER OF SOCIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                         **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Order filed February 8, 2011, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for consideration of new and material evidence. This case is DISMISSED.

Date: February 8, 2011                         JAMES BONINI, CLERK

                                                /S/ Andy F. Quisumbing
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk