IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**ANGELA MARIE KERR,**

    Plaintiff,

vs.                                      Civil Action 2:09-CV-1153
                                              Judge Sargus
                                              Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.


## ORDER

On February 8, 2011, this action was remanded to the Commissioner, pursuant to Sentence 6 of 42 U.S.C. § 405(g), for consideration of new and material evidence. *Opinion and Order*, ECF 30. Thereafter, the Social Security Administration found in favor of plaintiff and awarded benefits. *Exhibits* attached to *Motion to Dismiss with Prejudice*, ECF 31. This matter is now before the Court on the Commissioner's motion for dismissal of the action, with prejudice. ECF 31. There has been no response to that motion.

The Commissioner's unopposed motion, ECF 31, is **GRANTED**. This action is **DISMISSED** with prejudice.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.


10-20-2014
Date

                                                            Edmund A. Sargus, Jr.
                                                             United States District Judge