# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANGELA MARIE KERR,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. 2:09-CV-1153**

**COMMISSIONER OF**       **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**       **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed October 20, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 20, 2014        JOHN P. HEHMAN, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk